IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHYRESSE NICHOLSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>DEPARTMENT OF DEFENSE, )<br>DEPARTMENT OF THE ARMY, )<br>)<br>Defendants. )<br>_____) | Case No. 5:08-CV-575-D |

## ORDER GRANTING UNOPPOSED MOTION
## FOR TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Telephonic Status Conference, and being duly advised in the premises and finding good cause therefor, hereby enters its ORDER *granting* the Plaintiff's Motion for Telephonic Status Conference. The Court further orders this case stayed during this period so that settlement negotiations can be completed without prejudice to the parties in the event the case does not settle. The subrogees, specifically SRS, the subrogee for American Airlines, the plaintiff's Worker's Compensation carrier, are ordered to negotiate in good faith; and if a settlement is not reached within 45 days of the date of this Order, subrogees must attend mediation with the parties before mediator Donald Beskind.

DATED this 17 day of February, 2011.

JAMES C. DEVER III
United States District Judge